# RESOLUTION AUTHORIZING FILING OF THE BANKRUPTCY PETITION

WHEREAS, Bermuda Sands #1, LLC is insolvent and unable to pay its debts as they mature, it would be in the best interests of creditors for the LLC to file a voluntary petition under Chapter 7

The undersigned hereby certifies that he is a Managing Partner of Bermuda Sands #1, LLC a limited liability company duly formed pursuant to the laws of the state of California

IN WITNESS WHEREOF, I have executed my name as Managing Partner of the above-named LLC on this 15th Day of June, 2010.

_____
Kirk T. Mulhearn,
Managing Partner,
Bermuda Sands #1, LLC