| Attorney or Party Name  Address  Telephone & FAX Numbers  and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN: 91670<br>Leibowitz Law Group<br>4050 Katella Ave , Ste. 201<br>Los Alamitos, CA 90720<br>Ph: 562-430-6002; F:562-430-8171; Email: attorneygary@gmail com<br>☑ *Attorney for:* Bermuda Sands #1, LLC | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: Bermuda Sands #1  LLC<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NO :<br><br>ADV NO :<br><br>CHAPTER: 7 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007 1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate*

I,  Kirk T. Mulhearn _____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1     I have personal knowledge of the matters set forth in this Statement because:

        ☑  I am the president or other officer or an authorized agent of the debtor corporation

        ☐  I am a party to an adversary proceeding

        ☐  I am a party to a contested matter

        ☐  I am the attorney for the debtor corporation

2 a.   ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

          *[For additional names, attach an addendum to this form.]*
          Eric Gutman, 63578 Boyd Acred Rd., Bend, OR, 97701

b    ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's.equity interest.

_____      6/15/10
Signature of Attorney or Declarant          Date

Kirk T. Mulhearn
_____
Printed Name of Attorney or Declarant

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2009                                         **F 1007-4**